IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 14 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00040-BNB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

WILLIAM MAUNZ,

    Plaintiff,

v.

DENVER COUNTY SHERIFF'S DEPT.,

    Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a document titled "Notice of Intent of Civil/Prisoner's Complaint Pursuant to Title 42 §42 1983." As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __X__   is not submitted
(2)   ____   is missing affidavit
(3)   __X__   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ____   is missing certificate showing current balance in prison account
(5)   ____   is missing required financial information
(6)   ____   is missing an original signature by the prisoner
(7)   ____   is not on proper form (must use the court's current form)
(8)   ____   names in caption do not match names in caption of complaint, petition or

|      |     | habeas application |
|------|-----|---------------------|
| (9)  | __  | An original and a copy have not been received by the court. Only an original has been received. |
| (10) | X   | other: Motion is necessary only if $350.00 filing fee is not paid in advance. |

**Complaint, Petition or Application:**

| (11) | X  | is not submitted |
|------|----|------------------|
| (12) | __ | is not on proper form (must use the court's current form) |
| (13) | __ | is missing an original signature by the prisoner |
| (14) | __ | is missing page nos. ___ |
| (15) | __ | uses et al. instead of listing all parties in caption |
| (16) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (17) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (18) | __ | names in caption do not match names in text |
| (19) | __ | other _____ |

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED January 14, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00040-BNB

William Maunz
Prisoner No. 457517
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint forms** to the above-named individuals on January 14, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk