**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00040-ZLW

WILLIAM A. MAUNZ,

    Plaintiff,

v.

DENVER COUNTY SHERIFF'S DEPT.,
DENVER DETENTION CENTER, and
OFFICE OF THE MAYOR,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Plaintiff's "Motion to Reconsider Order Denying Motion to Reconsider (No Light's [sic] in Cell" (doc. #10) filed on March 24, 2011, is DENIED for the reasons stated in the Court's Order Denying Motion to Reconsider (doc #9) filed on March 17, 2011.

Dated:  March 28, 2011