# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00040-ZLW

WILLIAM A. MAUNZ,

    Plaintiff,

v.

DENVER COUNTY SHERIFF'S DEPT.,
DENVER DETENTION CENTER, and
OFFICE OF THE MAYOR,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On January 26, 2012, Plaintiff filed a "Prisoner Complaint/Motion for Refiling," a "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915/Motion for Refiling" and a "Motion for Refilling/Reinstate" (Doc. Nos. 12, 13 & 14). The instant action was dismissed without prejudice on February 23, 2011.  Therefore, the motions are DENIED.  Plaintiff provides no argument or authority to justify reopening the action.  Plaintiff is directed to file a new civil action if he wants to pursue his claims.

Dated:  January 27, 2012